UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| LUDA CANNON<br><br>    Plaintiff,<br>vs.<br><br>DELRAY REALTY ASSOCIATES, LLC<br>ALDI INC, BIG LOTS, INC a foreign profit Corporation d/b/a BIG LOTS<br><br>    Defendants | Case No. 20-cv-81178<br><br>CIVIL ACTION<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE ONLY TO DEFENDANT**<br>BIG LOTS, INC a foreign profit Corporation d/b/a BIG LOTS |

TO THE CLERK: Please please mark the above dismissed without prejudice only against Defendant **DEFENDANT** BIG LOTS, INC a foreign profit Corporation d/b/a BIG LOTS. Please note the Defendant has no entered an appearance nor filed a pleading.

                                                              Respectfully submitted,

Dated:  October 28, 2020.            S/ Anthony J. Brady Jr.
                                     Anthony J. Brady, Jr., Esq.

                                      604 Banyan Trail,
                                      P.O.Box 811362
                                      Boca Raton, FL 33431
                                      561 603 6387 Florida bar number 100366
                                      Ladbrady@gmail.com.
                                      Attorney for Plaintiff

1