**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**

LUDA CANNON,

    Plaintiff,

Case No.:  9:20-cv-81178-WPD

vs.

DELRAY REALTY ASSOCIATES, LLC,

    Defendant.
_____/

### JOINT STIPULATION TO APPROVE CONSENT DECREE AND TO DISMISS DEFENDANT WITH PREJUDICE

Plaintiff, LUDA CANNON, ("Plaintiff") and Defendant, DELRAY REALTY ASSOCIATES, LLC, ("Defendant") (collectively the "Parties") hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss Defendant with Prejudice:

    1.    Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq.

    2.    The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Agreement") attached hereto as Exhibit "A"

    3.    In accordance therewith, the Parties request that the Court review, approve and ratify the Agreement. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Agreement. *See Association for Disabled Americans v. Key Largo Bay Beach, LLC*, 407 F. Supp 2d 1321 (S.D. Fla. 2005). This Agreement is conditioned upon the Court's retaining jurisdiction to enforce the Agreement.

4.  As part of the Agreement, Plaintiff has agreed to dismiss this case with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Agreement, that this action be dismissed with prejudice.

5.  Except as otherwise stated in the Agreement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Agreement, dismissing the claims asserted by Plaintiff against Defendant with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 11th day of November, 2021.

                                                WARREN & GRANT, P.A.
Attorney for Defendant
4800 N. Federal Hwy, Suite A-205
Boca Raton, Florida 33431
Telephone (561) 681-9494
Facsimile (561) 681-9436
E-Mail: Rick@WarrenGrant.com
        Jacob@WarrenGrant.com

By: /s/ Richard B. Warren
     RICHARD B. WARREN, ESQ.
     Florida Bar Number 0326089
     MICHAEL L. GRANT, ESQ.
     Florida Bar Number 0799661
     JACOB W. WARREN, ESQ.
     Florida Bar Number 0119445


     /s/ Anthony J. Brady, Jr.
     ANTHONY J. BRADY, JR.
     Fla. Bar # 100366
     ladbrady@gmail.com
     Attorney for Defendants
     604 Banyan Trail,
     P.O.Box 811362
     Boca Raton, FL 33431
     Phone 561 603 6387

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have, on this day, November 10, 2021, electronically filed the forgoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for the counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system:

By: /s/ Richard B. Warren
RICHARD B. WARREN, ESQ.
Florida Bar Number 0326089
MICHAEL L. GRANT, ESQ.
Florida Bar Number 0799661
JACOB W. WARREN, ESQ.
Florida Bar Number 0119445

**SERVICE LIST**

Counsel for Plaintiff
Anthony J. Brady, Jr., Esq.
ladbrady@gmail.com
Via Notices of Electronic Filing generated by CM/ECF